UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

LECTROLARM CUSTOM SYSTEMS, INC. )
)
Plaintiff, )
)
v. ) Civil Action No. 03-2330 Ma A
)
VICON INDUSTRIES, INC., et al. )
)
Defendants. )

---

## [~~PROPOSED~~] ORDER GRANTING DEFENDANT GE INTERLOGIX, INC.'S UNOPPOSED MOTION FOR PERMISSION TO FILE A REPLY TO ITS MOTION TO COMPEL THE DEPOSITION OF WILLIAM V. SMITH OR, IN THE ALTERNATIVE, TO COMPEL THE PRODUCTION OF A DETAILED DESCRIPTION OF MR. SMITH'S MEDICAL CONDITION

Before the Court is Defendant GE Interlogix, Inc.'s unopposed motion for permission to file an abbreviated Reply to Lectrolarm's opposition to GE's Motion to Compel the Deposition Testimony of William V. Smith or, in the Alternative, to Compel the Production of a Detailed Description of Mr. Smith's Medical Condition. For good cause shown, the motion is GRANTED.

IT IS SO ORDERED.

_____
JUDGE    04-25-05

This document entered on the docket sheet in compliance
with Rule 58 and/or 32(b) FRCrP on 4-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 380 in case 2:03-CV-02330 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Albert L. Underhill
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Dipu A. Doshi
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Erik G. Swenson
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Steven J. Nachtwey
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Lee A Goldberg
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Michael J. Sweedler
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Sean W. Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

David W. Whealan
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Gianni Minutoli
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Paul F. Ware
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Rebecca W. Bacon
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Rachel C. Hughey
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Laurence E. Fisher
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Douglas C. Doskocil
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

J. Anthony Downs
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Alan E. Littmann
Bartlit Beck Herman Palenchar & Scott
Courthouse Place
54 West Hubbard Street
Suite 300
Chicago, IL 60610

John C. Snodgrass
Dickstein Shapiro Morin & Oshinsky LLP
2101 L. Street, N.W.
Washington, DC 20037

Gary M. Hoffman
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Rachael Lea Leventhal
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037

John C. Englander
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Robert R. Laurenzi
DARBY & DARBY
805 Third Ave
New York, NY 10022

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mark I. Koffsky
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022

Kenneth Brothers
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Honorable Samuel Mays
US DISTRICT COURT