**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FIL...

05 APR 27 PM 1:4

ROBERT R. DI... ...O
CLERK, U.S. DI... ...T.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| **LECTROLARM CUSTOM SYSTEMS, INC.,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NO.   03-2330 Ma/An** |
| | ) | |
| **VICON INDUSTRIES, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER SETTING STATUS CONFERENCE

The Court has received the April 15, 2005 letter of Plaintiff's counsel regarding

Defendant Bosch Security Systems, Inc. and the Court's March 24 and 30, 2005 Orders. After

consideration, it is **ORDERED** that a telephone status conference in this matter should be held

before United States Magistrate Judge S. Thomas Anderson on **MONDAY, MAY 2, 2005 at**

**11:00 A.M.**

Counsel for the Plaintiff shall initiate the conference call and shall insure that all counsel

of record are on the telephone prior to dialing Judge Anderson's chambers in Jackson,

Tennessee.

**IT IS SO ORDERED.**

*S. Thomas Anderson*

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: *April 25, 2005*

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 381 in
case 2:03-CV-02330 was distributed by fax, mail, or direct printing on
April 27, 2005 to the parties listed.

---

Paul F. Ware
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Gary M. Hoffman
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Robert R. Laurenzi
DARBY & DARBY
805 Third Ave
New York, NY 10022

Dipu A. Doshi
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Sean W. Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Michael J. Sweedler
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Gianni Minutoli
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kenneth Brothers
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

John C. Snodgrass
Dickstein Shapiro Morin & Oshinsky LLP
2101 L. Street, N.W.
Washington, DC 20037

Douglas C. Doskocil
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

J. Anthony Downs
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Albert L. Underhill
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Rachel C. Hughey
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alan E. Littmann
Bartlit Beck Herman Palenchar & Scott
Courthouse Place
54 West Hubbard Street
Suite 300
Chicago, IL 60610

John C. Englander
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Rebecca W. Bacon
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Erik G. Swenson
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Laurence E. Fisher
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Lee A Goldberg
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Steven J. Nachtwey
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Rachael Lea Leventhal
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037

David W. Whealan
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Mark I. Koffsky
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Honorable Samuel Mays
US DISTRICT COURT