UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|   |   |
|---|---|
| LECTROLARM CUSTOM SYSTEMS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICON INDUSTRIES, INC., et al. ) <br> ) <br> Defendants. ) | Civil Action No. 03-2330 Ma A |

### [~~PROPOSED~~] ORDER GRANTING DEFENDANT GE INTERLOGIX, INC.'S MOTION FOR LEAVE TO FILE A STATEMENT IN RESPONSE TO THE COURT'S DISMISSAL OF ITS MOTION FOR A SECOND ORDER TO COMPEL RULE 30(b)(6) DEPOSITION TESTIMONY OF PLAINTIFF LECTROLARM CUSTOM SYSTEMS, INC.

Before the Court is Defendant GE Interlogix, Inc.'s motion for leave to file a Statement in response to the Court's dismissal of its Motion for a Second Order to Compel Rule 30(b)(6) Deposition Testimony of Plaintiff Lectrolarm Custom Systems, Inc. For good cause shown, the motion is GRANTED.

IT IS SO ORDERED.

S. Thomas Anderson USMJ
05-05-05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 382 in case 2:03-CV-02330 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Kenneth Brothers
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Gary M. Hoffman
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Sean W. Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Michael J. Sweedler
DARBY & DARBY
805 Third Ave.
New York, NY 10022

John C. Snodgrass
Dickstein Shapiro Morin & Oshinsky LLP
2101 L. Street, N.W.
Washington, DC 20037

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lee A Goldberg
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Steven J. Nachtwey
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Gianni Minutoli
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Alan E. Littmann
Bartlit Beck Herman Palenchar & Scott
Courthouse Place
54 West Hubbard Street
Suite 300
Chicago, IL 60610

Robert R. Laurenzi
DARBY & DARBY
805 Third Ave
New York, NY 10022

David W. Whealan
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Rebecca W. Bacon
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Mark I. Koffsky
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022

Rachael Lea Leventhal
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037

Paul F. Ware
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Dipu A. Doshi
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Laurence E. Fisher
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Rachel C. Hughey
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

John C. Englander
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

J. Anthony Downs
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Douglas C. Doskocil  
GOODWIN PROCTER LLP  
Exchange Place  
Boston, MA 02109--288  

Albert L. Underhill  
MERCHANT & GOULD PC  
80 S. Eighth St.  
3200 IDS Center  
Minneapolis, MN 55402  

Robert E. Craddock  
WYATT TARRANT & COMBS  
P.O. Box 775000  
Memphis, TN 38177--500  

Erik G. Swenson  
MERCHANT & GOULD PC  
80 S. Eighth St.  
3200 IDS Center  
Minneapolis, MN 55402  

Honorable Samuel Mays  
US DISTRICT COURT