IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 15 AM 10: 34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

LECTROLARM CUSTOM
SYSTEMS, INC.,

      Plaintiff,

v.

VICON INDUSTRIES, INC., et al.,

      Defendants.

NO.    03-2330 Ma/A

## ORDER

Before the Court is the June 7, 2005 letter from Plaintiff's counsel. Plaintiff requests that

the Court conduct an emergency telephone conference in this matter.

On May 25, 2005, the Court entered an Order permitting Plaintiff a set amount of hours

to continue deposing Defendant Bosch Security Systems, Inc.'s ("Bosch") Rule 30(b)(6)

witnesses. In Plaintiff's letter, Plaintiff's counsel writes that Bosch has produced more than 189

boxes of documents within the previous month and writes that "Bosch has refused to make

Bosch witnesses available for individual deposition on the previously withheld documents."

Plaintiff wants to depose five Bosch designees outside the scope of the Rule 30(b)(6) deposition

topics, and Plaintiff has asked the Court to "compel Bosch to make . . . [the designees] available

for deposition next week, each individual deposition not to exceed three hours." Bosch

responded to the June 7, 2005 letter on June 8, 2005. In their response Bosch states that it has

agreed to produce Rule 30(b)(6) witnesses, but Bosch objects to Plaintiff being permitted to take

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ____6-15-05____



any new individual depositions when it has been almost five months since the close of fact discovery.

After reviewing Plaintiff's letter dated June 7, 2005 and Bosch's letter dated June 8, 2005, the Court denies Plaintiff's request for the Court to conduct an emergency telephone conference. Additionally, the Court's May 25, 2005 Order shall remain in effect, and Plaintiff's request that the Court allow additional time for Plaintiff to conduct individual depositions of five Bosch witnesses is denied.

**IT IS SO ORDERED.**

S. Thomas Anderson

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 14, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 400 in case 2:03-CV-02330 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Sean W. Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Alan E. Littmann
Bartlit Beck Herman Palenchar & Scott
Courthouse Place
54 West Hubbard Street
Suite 300
Chicago, IL 60610

Laurence E. Fisher
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Albert L. Underhill
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Rachael Lea Leventhal
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037

John C. Englander
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Mark I. Koffsky
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022

Erik G. Swenson
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Michael J. Sweedler
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Rachel C. Hughey
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

John C. Snodgrass
Dickstein Shapiro Morin & Oshinsky LLP
2101 L. Street, N.W.
Washington, DC 20037

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Anthony Downs
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Douglas C. Doskocil
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Gary M. Hoffman
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Dipu A. Doshi
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Steven J. Nachtwey
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kenneth Brothers
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

James Edward Hanft
DARBY & DARBY
805 Third Ave.
New York, NY 10022

David W. Whealan
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Rebecca W. Bacon
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Gianni Minutoli
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lee A Goldberg
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Paul F. Ware
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Honorable Samuel Mays
US DISTRICT COURT