IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| LECTROLARM CUSTOM SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.   03-2330 Ma/An |
| VICON INDUSTRIES, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER

On July 25, 2005, the Court held a telephone conference with counsel for all parties in this matter. The purpose of the conference was to discuss pre-trial deadlines in this case. After due consideration, the Court finds that the deadlines for expert disclosures, dispositive motions, disclosure of witnesses and exhibits, and motions in limine should be stayed until United States District Judge Samuel H. Mays, Jr. renders a Claim Construction decision. Alternatively, the stay imposed by this Order will be lifted if Judge Mays instructs the parties to proceed with the pretrial matters in anticipation of the approaching trial date.[1]

It is also **ORDERED** that the parties shall immediately notify the Undersigned as soon as Judge Mays either renders a Claim Construction decision or advises the parties that a definite trial date has been established, at which time the Undersigned will convene a status conference to

---

[1] The trial in this matter is currently set for September 19, 2005, but the Defendants have requested that Judge Mays advise the parties if the current trial date remains in effect or if the current trial date will be continued in light of other matters also scheduled for trial on the same date. The parties also agreed that it would be prudent for the Undersigned to contact Judge Mays' chambers concerning the current trial date

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-4-05

establish deadlines for completion of all pre-trial matters consistent with the District Judge's instructions.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 01, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 420 in case 2:03-CV-02330 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Sean W. Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Lee A Goldberg
DARBY & DARBY
805 Third Ave.
New York, NY 10022

John C. Snodgrass
Dickstein Shapiro Morin & Oshinsky LLP
2101 L. Street, N.W.
Washington, DC 20037

John C. Englander
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Steven J. Nachtwey
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Kenneth Brothers
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

James Edward Hanft
DARBY & DARBY
805 Third Ave.
New York, NY 10022

DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Albert L. Underhill
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

J. Anthony Downs
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Rebecca W. Bacon
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Douglas C. Doskocil
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Gianni Minutoli
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Dipu A. Doshi
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Erik G. Swenson
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Paul F. Ware
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Laurence E. Fisher
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Alan E. Littmann
Bartlit Beck Herman Palenchar & Scott
Courthouse Place
54 West Hubbard Street
Suite 300
Chicago, IL 60610

Rachael Lea Leventhal
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037

Mark I. Koffsky
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022

Rachel C. Hughey
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Michael J. Sweedler
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Gary M. Hoffman
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

David W. Whealan
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Honorable Samuel Mays
US DISTRICT COURT