IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **LECTROLARM CUSTOM SYSTEMS, INC.,** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO.   03-2330 Ma/An |
| **VICON INDUSTRIES, INC., et al.,** | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant GE Interlogix, Inc.'s ("GE") Motion to Compel the Deposition of William V. Smith, or in the Alternative, to Compel the Production of a Detailed Description of Mr. Smith's Medical Condition filed on March 11, 2005.

Mr. William V. Smith ("Smith") is 73 years old and is Plaintiff's president and founder. Although Defendants issued a Notice of Deposition for Smith on October 29, 2004, Plaintiff argues that Smith should not be required to appear at a deposition because of a medical condition and disability. Plaintiff has provided Defendants with a handwritten note from Dr. Daniel S. Fearnow, Smith's treating physician, which states that Smith is unable to appear for a deposition. The note specifically notes that Smith "is, at present, not able to provide a deposition in connection with his company's lawsuit." (Mem. in Opp. to Mot. to Compel, at 3). Smith suffered from an aneurism, which Plaintiff argues has affected his memory and physical health. Plaintiff argues that while Smith is recovering, he is nevertheless "physically frail" and "has not

1

fully regained his mental faculties, is easily confused, and cannot recall what was just said moments earlier." (Mem. in Opp. to Mot. to Compel, at 1). GE requests in its motion for the Court to enter an Order compelling Plaintiff to produce Smith for a deposition or to provide GE with a detailed description of Smith's medical condition and prognosis for recovery.

"Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party . . . ." Fed. R. Civ. P. 26(b)(1). Relevancy means that the evidence "appears reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). The Court should broadly interpret whether evidence is relevant. *See Oppenheimer Fund, Inc. v. Sanders*, 437 U.S. 340, 351 n.12 (1978). Therefore, so long as he has relevant information, GE is entitled to depose Smith. Nevertheless, the Court should order a protective order and prevent discovery from taking place in order to "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c). The Court should not allow Defendants to harass or oppress Smith if he is medically unable to appear for a deposition; therefore, the Court should balance the rights of GE to pursue relevant information with the right of Smith not to be oppressed, embarrassed, or subjected to an undue burden.

While Plaintiff provided Defendants with Dr. Fearnow's note, the note was provided almost eight months ago in November 2004. Therefore, after due consideration, it is **ORDERED** that Plaintiff shall be required to supply the Court with a report from Smith's primary treating physician for *in camera* review. Plaintiff's medical report shall describe, in detail, Smith's current physical and mental condition. The report shall contain a detailed report on the extent of Smith's memory loss, whether doctors can objectively say if the aneurism has

materially effected Smith's memory, and whether Smith is still able to recall facts and information relevant to this lawsuit. The treating physician shall also be required to conclude, based upon a reasonable degree of medical certainty, whether or not Smith is capable of appearing for a deposition. If the treating physician concludes that Smith is not capable of being deposed, the physician should make a determination on the likelihood or possibility of Smith being available for a deposition in the future.

Plaintiff shall supply the Court with the medical report within 20 days of entry of this Order. After the Court reviews the medical report, the Court will make a determination on the instant motion.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 03, 2005

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 423 in case 2:03-CV-02330 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Michael J. Sweedler
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Mark I. Koffsky
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lee A Goldberg
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Rachael Lea Leventhal
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037

Sean W. Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Laurence E. Fisher
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Rachel C. Hughey
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Gary M. Hoffman
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

David W. Whealan
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Rebecca W. Bacon
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

James Edward Hanft
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Albert L. Underhill
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

John C. Englander
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Paul F. Ware
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

J. Anthony Downs
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Gianni Minutoli
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Douglas C. Doskocil
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Steven J. Nachtwey
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

John C. Snodgrass
Dickstein Shapiro Morin & Oshinsky LLP
2101 L. Street, N.W.
Washington, DC 20037

Erik G. Swenson
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Kenneth Brothers
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Dipu A. Doshi
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Alan E. Littmann
Bartlit Beck Herman Palenchar & Scott
Courthouse Place
54 West Hubbard Street
Suite 300
Chicago, IL 60610

Honorable Samuel Mays
US DISTRICT COURT