IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 1:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

LECTROLARM CUSTOM SERVICES,

    Plaintiff,

VS.                            NO. 03-2330-Ma

VICON INDUSTRIES, ET AL.,

    Defendants.

---

ORDER AMENDING SCHEDULE AND RESETTING TRIAL

---

The court held a status conference in this matter on September 22, 2005. Attending on behalf of plaintiff were Gary Hoffman, Kenneth Brothers, and Kemper Durand. Attending on behalf of defendants were James Hanft, Douglas Doskocil, Earle Schwarz, John Englander, Sean Gallagher, and Albert Underhill. For good cause, the court amends the schedule and resets the trial of this matter as follows:

1. The deadline for filing supplemental motions and briefs is October 14, 2005.

2. Plaintiff's responses will be due on November 14, 2005.

3. Opening expert reports are due January 15, 2006.

4. Rebuttal expert reports are due February 15, 2006.

5. The deadline for taking expert depositions is March 31, 2006.

6. The deadline for filing potentially dispositive motions is April 30, 2006.

7. The deadline for completing mediation is April 30, 2006.

8. The parties will submit a joint proposed pretrial order by 5:00 p.m. on August 18, 2006.

9. A pretrial conference will be held on Friday, August 25, 2006, at 1:30 p.m.

10. The jury trial is **reset** to Wednesday, September 6, 2006, at 9:30 a.m., and is expected to take 4 to 5 weeks.

Absent good cause, amended schedule set by this order will not be modified or extended.

It is so ORDERED this 4th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 450 in case 2:03-CV-02330 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

John C. Englander
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Alan E. Littmann
Bartlit Beck Herman Palenchar & Scott
Courthouse Place
54 West Hubbard Street
Suite 300
Chicago, IL 60610

Rachael Lea Leventhal
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David W. Whealan
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Paul F. Ware
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark I. Koffsky
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022

Steven J. Nachtwey
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Albert L. Underhill
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Rachel C. Hughey
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

J. Anthony Downs
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Sean W. Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Erik G. Swenson
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Gary M. Hoffman
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Rebecca W. Bacon
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Michael J. Sweedler
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Lee A Goldberg
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Gianni Minutoli
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

John C. Snodgrass
Dickstein Shapiro Morin & Oshinsky LLP
2101 L. Street, N.W.
Washington, DC 20037

Kenneth Brothers
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James Edward Hanft
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Douglas C. Doskocil
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Dipu A. Doshi
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Laurence E. Fisher
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Honorable Samuel Mays
US DISTRICT COURT