IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LECTROLARM CUSTOM SYSTEMS, INC., )
)
    Plaintiff, )
)
v. )
) No. 03-2330 Ma/A
VICON INDUSTRIES, INC., et al., )
)
    Defendants. )
)

ORDER DENYING PLAINTIFF'S MOTION FOR MODIFICATION OF MARKMAN ORDER

On September 2, 2005, the court filed a "Memorandum Opinion and Order on Markman Motion and Order Denying Defendants' Motion for Summary Judgment of Invalidity of Claims 6 and 7" ("Markman Order"). Before the court is Plaintiff Lectrolarm Custom Systems, Inc.'s ("Lectrolarm") motion for modification of that order filed on September 21, 2005. Defendants GE Interlogix, Inc. ("GE") and Bosch Security Systems, Inc. ("Bosch") filed a response on October 24, 2005. Lectrolarm filed a reply on November 2, 2005, and GE and Bosch filed a surreply on November 16, 2005. Defendants Vicon Industries, Inc. ("Vicon") and Sensormatic Electronics Corp. ("Sensormatic") have declined to take a position on the motion. (Pl.'s Mot. Modification 1.) For the following reasons, Plaintiff's motion is DENIED.

1

Rule 59(e) affords a plaintiff relief from a judgment under limited circumstances:

> First, the movant may demonstrate that the motion is necessary to correct manifest errors of law or fact upon which the judgment is based. Second, the motion may be granted so that the moving party may present newly discovered or previously unavailable evidence. Third, the motion will be granted if necessary to prevent manifest injustice …. Fourth, a Rule 59(e) motion may be justified by an intervening change in controlling law.
>
> The Rule 59(e) motion may not be used to relitigate old matters, or to raise arguments, or present evidence that could have been raised prior to the entry of judgment. Also, amendment of the judgment will be denied if it would serve no useful purpose.

11 Charles Alan Wright et al., Federal Practice and Procedure § 2810.1 (2d ed. 1995) (footnotes omitted); see GenCorp, Inc. v. Am. Int'l Underwriters, 178 F.3d 804, 834 (6th Cir. 1999) (noting that Rule 59(e) motions may be granted if there is a clear error of law, newly discovered evidence, an intervening change in controlling law, or to prevent manifest injustice). The court should use its "informed discretion" in deciding whether to grant or deny a Rule 59(e) motion. See Huff v. Metro. Life Ins. Co., 675 F.2d 119, 122 (6th Cir. 1982).

In its motion, Lectrolarm asserts that a modification of the Markman Order is necessary to correct manifest errors of law. Specifically, it argues that the court's interpretation of Asyst Technologies, Inc. v. Empak, Inc., 268 F.3d 1364 (Fed. Cir. 2001) and the court's application of that decision to the "controlling

2

means" limitation of claim 2 of U.S. Patent No. 4, 974, 088 ("'088 patent") is erroneous. Lectrolarm's argument on the proper interpretation of <u>Asyst</u> merely repeats the arguments made by Vicon and Sensormatic when the issue of claim construction was originally briefed by the parties. Although Lectrolarm did not itself make the argument previously, the argument was fully considered, but ultimately rejected by the court. The argument is no more persuasive now than it was initially and does not satisfy the requirements for a Rule 59(e) motion. Therefore, Plaintiff's motion for modification of the <u>Markman</u> Order is DENIED.

So ordered this 30th day of November 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 466 in case 2:03-CV-02330 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Sean W. Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Rebecca W. Bacon
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Albert L. Underhill
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Erik G. Swenson
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Michael J. Sweedler
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David W. Whealan
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Paul F. Ware
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Laurence E. Fisher
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

James Edward Hanft
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Rachel C. Hughey
MERCHANT & GOULD PC
80 S. Eighth St.
3200 IDS Center
Minneapolis, MN 55402

Lee A Goldberg
DARBY & DARBY
805 Third Ave.
New York, NY 10022

Steven J. Nachtwey
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard St.
Ste. 300
Chicago, IL 60610

Mark I. Koffsky
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022

Gianni Minutoli
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Alan E. Littmann
Bartlit Beck Herman Palenchar & Scott
Courthouse Place
54 West Hubbard Street
Suite 300
Chicago, IL 60610

Dipu A. Doshi
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Kenneth Brothers
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

Douglas C. Doskocil
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

John C. Englander
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Rachael Lea Leventhal
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037

Gary M. Hoffman
DICKSTEIN SHAPIRO MORIN & OSHINSKY
2101 L Street, N.W.
Washington, DC 20037--152

John C. Snodgrass
Dickstein Shapiro Morin & Oshinsky LLP
2101 L. Street, N.W.
Washington, DC 20037

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Anthony Downs
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109--288

Honorable Samuel Mays
US DISTRICT COURT